No. 26-1666

# In the United States Court of Appeals for the Second Circuit

JONATHAN LALEWICZ,

*Plaintiff-Appellee*,

v.

WARNERMEDIA DIRECT, LLC,

*Defendant-Appellant*.

On Appeal from the United States District Court for the Southern District of New York, No. 1:24-cv-06173-JMF, Hon. Jesse M. Furman, *United States District Judge*

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to dismiss the above-captioned appeal, with each side to bear its own costs.

Dated: September 21, 2026

Respectfully submitted,

/s/ Dargan M. Ware

Dargan M. Ware
*Counsel of Record*
DAVIS & NORRIS, LLP
2154 Highland Ave. South
Birmingham, AL 35205
Telephone: 205-930-9900
dware@davisnorris.com

*Counsel for Plaintiff-Appellee Jonathan Lalewicz*

/s/ Shay Dvoretzky

Shay Dvoretzky
*Counsel of Record*
Parker Rider-Longmaid
Sylvia O. Tsakos
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

Michael W. McTigue Jr.
Meredith C. Slawe
Kurt Wm. Hemr
Sherry M. Tanious
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 1000

*Counsel for Defendant-Appellant WarnerMedia Direct, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(b) and Local Rule 25.1, I hereby certify that on September 21, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the ACMS system. I certify that all participants in this case are registered ACMS users and that the ACMS system will accomplish service.

Dated: September 21, 2026

Respectfully submitted,

*/s/ Dargan M. Ware*

Dargan M. Ware
*Counsel of Record*
Davis & Norris, LLP
2154 Highland Ave. South
Birmingham, AL 35205
Telephone: 205-930-9900
dware@davisnorris.com

*Counsel for Plaintiff-Appellee Jonathan Lalewicz*